FILED
CLERK, U.S. DISTRICT COURT
5/20/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CASTANEDA, et al., | Case No. CV 19-0736 FMO (SK) |
| Plaintiffs, | |
| v. | **JUDGMENT AND VEXATIOUS LITIGANT DETERMINATION** |
| THE L.A.S.C., et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action and Setting Pre-Filing Restrictions for Vexatious Litigant ("Court's Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Jose Castaneda ("Castaneda") is hereby declared to be a vexatious litigant. Castaneda anyone acting on his behalf, and any entities controlled by him may not file suit in this Court related to the state probate matters referenced in the Court's Order without first:

   (a) obtaining written authorization from a District Judge;

   (b) paying the full amount of required filing fees; and

   (c) depositing $500 as security.

2. The above captioned case is **dismissed with prejudice**

Dated this 20th day of May, 2019.

/s/
Fernando M. Olguin
United States District Judge